IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON NORTHROP, | : | CIVIL ACTION NO. **1:CV-08-0746** |
| Plaintiff | : | (Chief Judge Kane) |
| v. | : | (Magistrate Judge Blewitt) |
| FEDERAL BUREAU OF PRISONS, | : | |
| Defendant | : | |

## ORDER

AND NOW, this _11th_ day of **February, 2013, IT IS HEREBY ORDERED THAT:**

Plaintiff's Motion to Modify the Payment Schedule imposed by the BOP with respect to the collection of the filing fees in his court cases **(Doc. 28)** is **DENIED.**

FILED
SCRANTON
FEB 11 2013
PER_____
DEPUTY CLERK

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: February 11, 2013

7